IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| REX TERRY, INDIVIDUALLY AND SUNBELT SURPLUS VALUE, INC. § § § Plaintiffs, § § v. § § PARKERCO, INC. d/b/a PARKER & COMPANY WORLDWIDE, § § § Defendant. § | CIVIL ACTION NO. B-03-190 JURY DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Rex Wayne Terry, files this certificate listing all persons, associations of persons, firms, partnerships, affiliates, parent corporation, and other entities that are financially interested in the outcome of this litigation:

1) Rex Terry, 500 Main Street, South Houston, Texas, 77587, an individual.

2) Parkerco, Inc. d/b/a Parker & Company Worldwide, a privately held Texas corporation.

Respectfully submitted,

GRISSOM & THOMPSON

Donald H. Grissom
State Bar No. 08511550
William W. Thompson, III
State Bar No. 19960050
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been hand-delivered, sent by U.S. Mail, Certified Mail, Return Receipt Requested, and/or Facsimile Transmission to the following service list on this 20 day of Nov-_____, 2003.

Donald H. Grissom

Julie A. Hardin
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
713.651.5151
713.651.5246 fax