United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY AND SUNBELT SURPLUS VALUE, INC., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 JURY DEMANDED |
| PARKERCO, INC. D/B/A PARKER & COMPANY WORLDWIDE, | § § § § | |
| Defendant. | § § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's October 31, 2003 Order Setting Conference and Disclosure of Interested Parties, Defendant Parkerco, Inc. d/b/a Parker & Company Worldwide, through undersigned counsel, file this Certificate of Interested Parties and state as follows:

1.  Parkerco, Inc. d/b/a Parker & Company Worldwide is a privately held Texas corporation.

2.  On information and belief, Plaintiff Rex Terry is an individual, rather than a firm, partnership, or corporation. By way of further disclosure, please see any certificate of interested parties filed by Plaintiff.

3.  On information and belief, Plaintiff Sunbelt Surplus Value, Inc. is a privately held Texas corporation. By way of further disclosure, please see any certificate of interested parties filed by Plaintiff.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Julie A. Hardin
State Bar No. 24013613
Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77019
Telephone: 713 651-5151
Telecopy: 713 651-5246

**ATTORNEYS FOR DEFENDANT PARKERCO, INC. D/B/A PARKER & COMPANY WORLDWIDE**

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

### CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on November 18, 2003.

_____
Julie A. Hardin