7

United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERENCE

CIVIL ACTION NO. B-03-190          DATE & TIME: 2/13/04 @ 9:58 - 10:06 am
                                   COUNSEL:

REX TERRY, INDIVIDUALLY            §   Donald Grisson

VS                                 §

PARKER CO. INC.                    §   Julie Hardin

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket. Donald Grisson appeared for Plaintiff. Julie Hardin appeared for Defendant.

Following deadlines set by the Court:

   Docket Call set for 2/1/05 @ 1:30 p.m.
   Jury Selection set for 2/3/05 @ 9:00 a.m. Counsel to do voir dire.
      Jury to be 12 members with a 10/2 verdict.
   Joint Pretrial Order due by 1/14/05
   Non-Dispositive motions filed by 1/14/05
   Dispositive motions filed by 11/16/04
   Discovery completed by 1/7/05
   Plaintiff's experts named by 9/30/04
   Defendant's experts named by 10/29/04
   ETT-2 days

Any of the above dates, with the exception of the Docket Call, Jury Selection and Joint Pretrial Order dates, can be changed by agreement among the parties w/written notification to the Court of any agreed changes.

Plaintiff's request for leave to file an amended petition-GRANTED and has 30 days to do so.

Defendant has leave to file an amended answer within 60 days.

Court is adjourned.