IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 23 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-190 |
| PARKER CO., INC. | § | |

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:    _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 30, 2004

4. The defendant's experts must be named with a report furnished by:    October 29, 2004

5. Discovery must be completed by:    January 7, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    November 26, 2004

   Non-Dispositive Motions will be filed by:    January 14, 2005

*************************  The Court will provide these dates.  *************************

7. Joint pretrial order is due:    January 14, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:    February 1, 2005

9. Jury Selection is set for 9:00 a.m. on:*    February 3, 2005

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the ___20th___ day of ___February___, 2004.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD