Received 03/22/2004 16:24 in 00:50 on line [9] for JH09947 Printed 03/22/2004 16:28 * Pg 2/2
03/22/2004 MON 16:30 FAX 512 482 8410 GRISSOM & THOMPSON ☒002/002

United States District Court
Southern District of Texas
FILED

MAR 2 6 2004

Michael N. Milby
Clerk of Court

# GRISSOM & THOMPSON, L.L.P.

### ATTORNEYS AT LAW

DONALD H. GRISSOM
WILLIAM W. THOMPSON, III

800 WEST 10TH STREET
AUSTIN, TEXAS 78701
(512) 478-4059
(800) 580-5778
FAX (512) 482-8410

March 22, 2004

<u>*Via Facsimile (713) 651-5246*</u>

Julie A. Hardin
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

   RE: C.A. No. B-03-190; Rex Terry et al v. Parkerco, Inc.
      RULE 11 AGREEMENT

Dear Ms. Hardin:

  Per your telephone conversation and emails on Friday, March 19, 2004 with Sally Leonard in this office, this letter will serve as a Rule 11 Agreement in the above-mentioned cause extending Plaintiffs' deadline to respond to First Request for Production of Documents and First Set of Interrogatories to Friday, March 26, 2004.

  Please sign below acknowledging your acceptance of this agreement, and fax back to this office at (512) 482-8410. We will not expect it back before Thursday, March 25, 2004 since you will be out of the office until then.

  Thank you very much for your cooperation and please don't hesitate to call us with any questions.

Sincerely,

*[signature]*
William W. Thompson, III

*[signature]*
Julie A. Hardin

WWT:stl