IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Co
Southern District of Tex
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., d/b/a PARKER & COMPANY WORLDWIDE, | § § § § | |
| Defendant. | § § | |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESS

TO:   Defendant ParkerCo, Inc., d/b/a Parker & Company Worldwide, by and through its attorney of record, Julie Hardin, Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010-3095.

Plaintiff Rex Terry designates the following as his expert witness in this matter:

Jimmy Dan Elsner
14102 Blisswood
Houston, Texas 77044
1-800-960-3687

Mr. Elsner has not prepared a report but is expected to testify about the classification and importing of drill pipe.

Respectfully submitted,

GRISSOM & THOMPSON

_____
Donald H. Grissom
State Bar No. 08511550
William W. Thompson, III
State Bar No. 19960050
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 fax

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been either hand-delivered, sent by U.S. Mail, Certified Mail, Return Receipt Requested, and/or Facsimile Transmission to the following service list on this 29 day of Sept, 2004.

_____
Donald H. Grissom

Julie A. Hardin
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 fax