United States District Court
Southern District of Texas
FILED

OCT 25 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ORIGINAL ANSWER

Pursuant to Federal Rule of Civil Procedure 15, Defendant Parkerco, Inc. ("Parker") files its Motion for Leave to File its First Amended Original Answer. A copy of the proposed amended answer is attached (*See* Exhibit "A."). This motion is proper and should be granted because, as explained below, it is not brought with undue delay, bad faith or dilatory motive, there have been no other amendments, there will be no undue prejudice to the Plaintiffs, and the amendment is not futile.

## I.
## BACKGROUND

On October 1, 2003, Rex Terry, Individually and Sunbelt Surplus Value, Inc. ("Plaintiffs") served Defendant with Plaintiffs' Original Petition in the 93rd Judicial District Court of Hidalgo County, Texas, styled *Rex Terry, Individually and Sunbelt Surplus Value, Inc. v. Parkerco, Inc. d/b/a Parker & Company Worldwide*, Cause No. C-2387-03-B (the "State Action").

On October 17, 2003, Defendant filed its Original Answer in the 93rd Judicial District Court of Hidalgo County, Texas. A little less than two weeks later, on October 30, 2003, Defendant filed and served it Notice of Removal. Plaintiffs did not challenge the removal, and the time for moving to remand has passed.

On March 15, 2004, Plaintiffs filed their First Amended Original Petition in this Court. Defendant's First Amended Original Answer is not on file with the Court, despite Defendant's belief that the answer was timely mailed.

## II.
## MOTION FOR LEAVE

Rule 15 of the Federal Rules of Civil Procedure governs the amendment of pleadings. *See* FED. R. CIV. P. 15. While that rule proscribes some limits on amending pleadings, it also mandates that "leave shall be freely given when justice so requires." *Id.*; *accord Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993). The Fifth Circuit has set out several factors that a district court may consider in determining whether to grant leave to file an amended pleading. *See Wimm*, 3 F.3d at 139. Specifically, the district court may examine whether there is "undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment." *Id.* In this case, all of those factors point to allowing an amendment.

First, there is no undue delay, bad faith or dilatory motive in this filing. The filing was not completed due to an oversight, and, as soon as the oversight was discovered, this motion and amended answer followed.

Second, there is no failure to cure deficiencies in amendments previously allowed. This is Defendant's first amendment and the first answer filed in federal court.

Third, Plaintiffs will not be prejudiced by this amendment. Plaintiffs have known of the facts and defenses asserted in the answer through Defendant's general denial in the State Action. Plaintiffs have neither served discovery nor taken a single deposition, and therefore cannot possibly be prejudiced by Defendant's answer. Additionally, the trial of this case is not set until February 3, 2005, so there is ample time for discovery should it be needed.

Finally, the amendment will not be futile. The affirmative defenses set forth in the answer will allow Defendant to assert these defenses at trial. Should Plaintiffs need to serve discovery or take depositions concerning the facts related to these defenses, there is ample time to do so.

WHEREFORE, Defendant Parkerco, Inc. respectfully requests that this Motion for Leave to file its First Amended Original Answer be, in all respects, granted; that Defendant be granted leave to file its First Amended Original Answer contained herein; and that the Court grant all other and further relief to which Defendant shows himself justly entitled.

Respectfully submitted,

By: _____
    Julie Hardin    by permission
    State Bar No. 24013613
    Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Attorney-in-Charge for Defendant
PARKERCO, INC.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 22nd day of October, 2004.

_____
Julie A. Hardin by permission

30811776.1

-4-