-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § § | |
| Defendant. | § § | |

## ORDER

The Court, having considered Defendant's Motion for Leave to File its First Amended Original Answer, hereby grants the Motion.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for Leave to File its First Amended Original Answer is GRANTED.

SIGNED this _____ day of _____, 2004.

_____
Judge Presiding