United States District Court
Southern District of Texas
FILED
OCT 25 2004
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § | |
| Defendant. | § § | |

## JURY DEMAND

Defendant Parkerco, Inc. ("Parker") respectfully requests a trial by jury on all contested issues of fact.

WHEREFORE PREMISES CONSIDERED, Defendant Parkerco, Inc. prays that Plaintiff take nothing, that Defendant recover its costs of court, and for all other relief that Defendant is entitled to.

30668897.1

-5-

Respectfully submitted,

By: _____ Julie Hardin _____ by permission
    Julie Hardin
    State Bar No. 24013613
    Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Attorney-in-Charge for Defendant
PARKERCO, INC.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

## CERTIFICATE OF SERVICE

    This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 22nd day of October, 2004.

_____ Julie A. Hardin _____ by permission

30668897.1      -6-