IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 27 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § § | |
| Defendant. | § | |

## CERTIFICATE OF CONFERENCE

The undersigned has contacted counsel of record for Plaintiffs regarding the parties' position on the Defendant's Motion for Leave to File Its First Amended Original Answer, and the Plaintiffs' attorney has advised that he does not oppose the motion.

Respectfully submitted,

By: _____ by permission
   Julie Hardin
   State Bar No. 24013613
   Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendant
PARKERCO, INC.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

### CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 26th day of October, 2004.

_____
Julie A. Hardin  by permission