United States District Court
Southern District of Texas
FILED

OCT 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REX TERRY, INDIVIDUALLY and <br> SUNBELT SURPLUS VALUE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARKERCO, INC., d/b/a PARKER <br> & COMPANY WORLDWIDE, <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-190 |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

TO:  Plaintiff Rex Terry Individually and Sunbelt Surplus Value, Inc., by and through its attorneys of record, Donald H. Grissom, William W. Thompson, III, 609 West 10th Street, Austin, Texas 78701.

Defendant Parkerco, Inc. d/b/a Parker & Company Worldwide designates the following as its expert witness in this matter:

> Sandra L. Smith
> 12485 Robert Dahl Drive
> El Paso, Texas 79938
> 915/856-6946

Ms. Smith may offer testimony regarding Customs generally, obligations of both importers and import brokers, the classification of goods (including pipe), the assessment of duties and antidumping fees, the process of filing a protest, the factors that affect whether a protest is successful, and the involvement of sureties.

Ms. Smith has prepared a report and her report and resume are attached hereto as Exhibit "A" and Exhibit "B" respectively.

In addition to the expert designated, Defendant also reserves the right to elicit testimony by deposition, by records, or as live witnesses at the trial of this matter, all experts designated by the Plaintiff in this cause.

Respectfully submitted,

By: *Julie Hardin (by CGD)*
Julie Hardin
State Bar No. 24013613
Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendant
PARKERCO, INC.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 29th day of October, 2004.

_Julie Hardin (by CGD)_
Julie A. Hardin