# Import Consulting Services



*12485 Robert Dahl Drive*
*El Paso, TX 79938*
*phone: 915-856-6946 or 346-6946*
*email: Sandysmith915@aol.com*

October 27, 2004

Ms. Julie Hardin
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Dear Ms. Hardin:

    This is in response to your request for an expert opinion regarding certain Customs issues.

    My name is Sandra L. Smith and I was engaged as an expert witness by Ms. Julie Hardin of Fulbright & Jaworski, LLP on October 22, 2004 in the case of RexTerry/Sunbelt Surplus Value, Inc. v. Parker & Company Worldwide. I was employed by the US Customs Service (now Customs and Border Protection) as an Import Specialist in the Dallas/Fort Worth port for approximately 16 years (1979-1995). Since 1995 I have owned Import Consulting Services, and provide advice, assistance and training in Customs laws and procedures to importers, brokers and other interested parties. My address is 12485 Robert Dahl Drive, El Paso, TX 79938; phone 915-346-6946 or 856-6946; email: Sandysmith915@aol.com.

    I was provided a copy of the deposition given by Mr. Rex Terry (dated Sept. 2, 2004) and the discovery and pleadings in the case, and reviewed them on October 25, 26 and 27, 2004. The documentation is not complete and does not represent the entire time period between April 1996 and the present; there were many documents that pertained to a different product, not at issue.

    It is my understanding that Mr. Terry asserts that he engaged Parker to file a protest regarding the classification, value and/or assessment of duties on drill pipe from Mexico. Parker denies having agreed to file a protest.

Advice ~ Training ~ Special Projects     EXHIBIT "A"

- 2 -

Ms. Hardin asked me to determine whether a protest would have been allowed or denied, given the evidence Mr. Terry submitted. Based on the documents and testimony provided for my review, it is my opinion that such a protest would not have succeeded for these reasons:

1. Mr. Terry has not provided evidence of what was purchased in Mexico.

2. Mr. Terry states that when he discovered (at the time of entry) that the shipment he received was not the shipment he had purchased, he did nothing to notify Customs of the discrepancy. It was more than a year before Mr. Terry submitted a letter to Customs asking that the value be decreased under 19 CFR 158.12(a).

3. Mr. Terry provided no evidence that the shipment received was not the shipment he purchased. He took no pictures of the pipe that was received; he made no effort to return the pipe to the seller in Mexico; he submits no evidence that he attempted to pursue the issue with the seller. The only evidence Mr. Terry submitted was a letter from one of his customers stating that he bought "structural pipe" from Mr. Terry. There is no evidence that this was the same pipe from the entries in question.

One of the documents in the Exhibits provided to me (Exhibit 8) is a "Formal Demand on Surety For Payment of Delinquent Amounts Due." This covers 25 entries covering the period from April 1, 1996 to April 23, 1996, with an amount due of $75,290.70. These are the entries at issue. On this document, Customs lists "Protest Number: 230403100159...Protest Status: Denied.... Approval/ Denial Date: 08/08/03." This indicates that a protest WAS filed, and denied by Customs. Without reviewing the actual protest, however, it is impossible to determine whether this is the control number Customs assigned to Mr. Terry's 1997 submission, requesting a reduction in value, or some other protest filed at a later date. In any case, he would have received from Customs a written denial of the protest, with reasons given.

Advice ~ Training ~ Special Projects

- 3 -

In summary, it appears that a protest was submitted to Customs at some point, and subsequently denied. Unless Mr. Terry has other documents, it is my opinion that the protest would not have succeeded, because he did not submit sufficient proof to substantiate his claim to reduce the value of the shipment under 19 CFR 158.12(a), or any other provision of the Customs Regulations.

Sincerely,

*Sandra L. Smith*

Sandra L. Smith
Consultant
Licensed Customs Broker (#15266)

Advice ~ Training ~ Special Projects