*Resume*

Sandra L. Smith
12485 Robert Dahl Dr.
El Paso, TX 79938

Telephone: 915-856-6946
Email: Sandysmith915@aol.com

## *Currently:*

Consulting (Import Consulting Services) and writing. Latest book is *When You HAFTA Do NAFTA, Practical Solutions for the North American Free Trade Agreement*.

I am a licensed Customs Broker.

## *Previous Positions:*

**June 2000 thru April 2001:**   *Customs Compliance Manager*

InteSys Technologies, Inc. (Textron)
1300 N. Fiesta Blvd.
Gilbert, AZ 85233

- Supervised import/export staff
- Established recordkeeping program
- Implemented internal audit procedures
- Cost submissions, protests, ruling requests, training
- Saved company $1.5 million + via protests/penalties averted

**Jan 2000 thru March 2000:**   *Customs Associate/NAFTA Coordinator*

Kimberly-Clark/Tecnol
7201 Industrial Park Blvd.
Ft. Worth, TX 76180

- Designed/implemented NAFTA Certification Program
- Consulted on various import/export questions and issues
- Established recordkeeping procedures
- Classified several thousand products and materials
- Trained successor to the position

**EXHIBIT "B"**

*Resume*

**April 1995 thru March 2000:** *President/Owner*

        Import Consulting Services, Inc.
        Euless, TX (Dallas/Ft. Worth area)

- Established consulting/training business
- Services rendered:
    - Consulting in all areas of Customs law/procedures
    - Training in all Customs subject areas
    - Internal reviews to determine compliance
    - Preparation of compliance manuals
    - Post-importation problem resolution
    - Classification of merchandise
    - Training at community colleges, companies, etc.

**1979 to 1995:** *U.S. Customs Service, DFW, TX*

Positions held:     Import Specialist
                      Team Leader
                      Field National Import Specialist
                      Supervisory Import Specialist

- Enforced all import laws
- Managed/supervised Import Specialists and Inspectors
- Directed the work of the Duty Assessment Division
- Provided input to management committees, locally and in Customs Headquarters
- Conducted training (internal and public)
- Participated in process-improvement projects

**1968 to 1979:** *U.S. Customs and U.S. Border Patrol*

        El Paso, Texas and Washington, DC

Positions held: various administrative positions involving personnel, logistics and office management

*Resume*

### **Publication Credits:**

*Howdy, Duty! An Insider's Guide to Navigating US Customs*
(Book, published by Boskage Commerce Publications. A user-friendly and humorous overview of many of the Customs laws and requirements pertaining to imported goods.)

*When You HAFTA Do NAFTA, Practical Solutions for the North American Free Trade Agreement*
(Book, published by Boskage Commerce Publications. A handbook outlining various provisions of NAFTA, with suggestions on setting up a NAFTA compliance program. Includes a computer program with forms, logs, worksheets)

*Customs Desk Reference*
(Editor, cross-reference to the Customs Regulations; published by Boskage)

Monthly articles published in *Tradewinds*, the newsletter of the International Trade Assoc. of Dallas-Fort Worth, about Reasonable Care, Country of Origin Marking and Entry Procedures, Protests and Appeals, etc.

### **Other Activities (volunteer):**

Counselor for SCORE (Service Corps of Retired Executives), providing advice to individuals desiring to start small businesses. Affiliated with the Small Business Admin., Chambers of Commerce and Community Colleges.

Speaker for:   Int'l Business Center/Dallas World Trade Center
Ft. Worth International Center
Tarrant County College
University of North Texas
American Association of Exporters and Importers
Organization of Women in International Trade
various Broker Associations

### **References:**

Sue Ann Linnemann, CBP Strategic Trade Center, DFW. (972) 550-4813
Paul L. Snow, Trade Compl. Officer, DFW Port. (972) 574-2170
Elizabeth Harris, Int'l Small Bus. Dev. Center, Dallas. (214) 747-1300, x2248
Greg Jones, MSAS Customs Logistics, Atlanta, GA. (404) 767-3552
Steve Wein, Corp. Attorney, Textron, Inc. (401) 457-2326