IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| REX TERRY, ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  B-03-190 |
| | § | |
| PARKERCO, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S SUPPLEMENTAL DISCLOSURES UNDER RULE 26

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant Parkerco.,

Inc., makes the following disclosures.

Respectfully submitted,

By: _____

Julie Hardin
State Bar No. 24013613
Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Attorney-in-Charge for Defendant
PARKERCO, INC.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  214/855-8000
Telecopier:  214/855-8200

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on November 24, 2004.

_____
Julie A. Hardin

**(a)(1)A.**     **At this time, Defendant expects the following persons are likely to have discoverable information that Defendant will use to supports its claims and/or defenses:**

Frank Parker
Parkerco, Inc.
████████████
Pharr, Texas 78577
████████████

    Mr. Parker owns and manages Parkerco, Inc., the defendant in this lawsuit.

Jorge Torres
Parkerco, Inc.
██████████████
Pharr, Texas 78577
(████████

    Mr. Torres works for Parkerco as director of trade compliance and consulting services.

Garland Pritchard
Parkerco, Inc.
██████████████
Pharr, Texas 78577
(████████

    Mr. Pritchard works for Parkerco.

Larry Hansen
Center for Global Trade Education and Compliance
████████████████
Houston, Texas 77056
(████████

    Mr. Hansen is a lawyer who spoke with Mr. Terry regarding the pipe at issue in this lawsuit.

Larry Mitchell
Regional Sales Manager
Superior
█████████
San Antonio, Texas 78216
(████████

    Mr. Mitchell sold at public auction structural drill pipe for Rex Terry. The auction was conducted in Houston, Texas in the summer of 1996. Mr. Terry claims that the pipe sold by Superior is the pipe involved in the present dispute.

Pete Martinez
U.S. Customs Service
International Bridge
███████████

Los Indios, Texas 78567
     Mr. Martinez was a primary contact person for Rex Terry regarding fees, duties, and the importation of pipe that form the basis of this lawsuit.

Richard Perez
Corpus Christi, Texas
Address unavailable
     Mr. Perez attended the February 2003 meeting between Rex Terry and Parker.

Christine Bilotta
Custodian of Records
XL Surety
███████████████████

Schaumburg, IL 60173
███████
     XL Surety (through Christine Bilotta) was the bonding agent for Mr. Terry's imports from Mexico.

Rex Wayne Terry
███████████████

Houston, Texas 77587
     Mr. Terry is the plaintiff in the above captioned lawsuit.


**B.**     **Defendant may use the following documents, data compilations, and tangible things in its possession, custody, or control (as defined in Rule 26(a)(1)B of the Federal Rules of Civil Procedure) to support its claims or defenses.**

    1.    Correspondence from Rex Terry to Parkerco, Inc.
    2.    Correspondence from Rex Terry to the U.S. Customs Service.
    3.    Parkerco invoices and transaction history regarding the pipe that forms the basis of this lawsuit.
    4.    U.S. Customs Service documents regarding the pipe that forms the basis of this lawsuit.
    5.    Documents to/from XL Surety that involve Rex Terry's account.
    6.    Documents produced by Rex Terry in this case.

**C.    Defendant ParkerCo, Inc. is not seeking damages in this action.**

**D.    The following insurance agreement(s) may be applied to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy such a judgment.**

   1.    ACE USA.

**(a)(2)A. Supplemental Disclosure of Expert Testimony**

Defendant Parkerco, Inc. d/b/a Parker & Company Worldwide designates the following as its expert witness in this matter:



Sandra L. Smith

El Paso, Texas 79938

Ms. Smith may offer testimony regarding Customs generally, obligations of both importers and import brokers, the classification of goods (including pipe), the assessment of duties and antidumping fees, the process of filing a protest, the factors that affect whether a protest is successful, and the involvement of sureties.

Ms. Smith has prepared a report and her report and resume were attached as Exhibit "A" and Exhibit "B" respectively to Defendant's original expert designation. Ms. Smith's current rate is $125 per hour.  She has not previously testified as an expert at trial or by deposition.

In addition to the expert designated, Defendant also reserves the right to elicit testimony by deposition, by records, or as live witnesses at the trial of this matter, all experts designated by the Plaintiff in this cause.

Defendant also reserves the right to elicit expert opinions from Mr. Larry Hansen.
Defendant has not retained Mr. Hansen as an expert in this case. However, Mr. Hansen
may have some opinions that would qualify as expert testimony. For that reason,
Defendant lists Mr. Hansen's contact information below.

Larry Hansen
Center for Global Trade Education and Compliance
█████████████████████
Houston, Texas 77056
████████████████