IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **REX TERRY, ET AL.,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-190 |
| **PARKERCO, INC.,** | § | |
| Defendant. | § | |

### ORDER

On December ___, 2004, with proper notice to all parties, this Court considered Defendants' Motion for Summary Judgment. Having considered the motion, Plaintiff's response, the evidence presented, all relevant pleadings, and the arguments of counsel, the Court has decided to grant the motion.

It is, therefore, ORDERED that Defendant's Motion for Summary Judgment is hereby in all things granted. It is further ORDERED that all court costs are hereby taxed to the Plaintiff.

_____
JUDGE PRESIDING

30832370.1