IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY<br>and SUNBELT SURPLUS VALUE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>PARKERCO, INC., d/b/a PARKER<br>& COMPANY WORLDWIDE,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-190 |

## PLAINTIFFS' RESPONSES TO REQUESTS FOR ADMISSION

TO:  Defendant ParkerCo, Inc., d/b/a Parker & Company Worldwide, by and through its attorney of record, Julie Hardin, Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010-3095.

COME NOW Plaintiffs Rex Terry, individually, and Sunbelt Surplus Value, Inc., and pursuant to Rule 36 of the Federal Rules of Civil Procedure, make this their Responses to Requests for Admission.

Respectfully submitted,

GRISSOM & THOMPSON

Donald H. Grissom
State Bar No. 08511550
William W. Thompson, III
State Bar No. 19960050
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 fax

D

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:** Admit or deny that you imported structural pipe from Mexico in 1996.

**RESPONSE:** Admit in part and deny in part. Admit that defective pipe which could be used for structural purposes only was actually imported and delivered. Deny that Terry intended to import such pipe.

**REQUEST NO. 2:** Admit or deny that you imported line pipe from Mexico in 1996.

**RESPONSE:** Admit.

**REQUEST NO. 3:** Admit or deny that you imported drill pipe from Mexico in 1996.

**RESPONSE:** Deny.

**REQUEST NO. 4:** Admit or deny that Parkerco is not responsible for any error in the type that you imported from Mexico in 1996.

**RESPONSE:** Admit.

**REQUEST NO. 5:** Admit or deny that Parkerco is not responsible for any error in the original classification of the pipe that you imported from Mexico in 1996.

**RESPONSE:** Deny.

**REQUEST NO. 6:** Admit or deny that you sold structural grade drill pipe at an auction held by Superior in Houston, Texas in the summer of 1996.

**RESPONSE:** Admit.

**REQUEST NO. 7:** Admit or deny that you paid a 1.5% duty based on the importation of the pipe at issue, reclassified as 7305.12.1030 and 7305.12.1060.

**RESPONSE:** Deny.

**REQUEST NO. 8:** Admit or deny that none of the pipe at issue in this lawsuit was recycled.

**RESPONSE:** Can neither admit nor deny as have no knowledge of whether pipe was recycled, but it could not have been reused as drill pipe.

**REQUEST NO. 9:** Admit or deny that none of the pipe at issue in this lawsuit was defective or damaged.

**RESPONSE:** Deny.

**REQUEST NO. 10:** Admit or deny that the pipe at issue in this lawsuit was useable.

**RESPONSE:** Deny that it was useable for its intended purpose and purchase; admit that the pipe delivered could have been used for structural purposes only.

*[signature]*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been either hand-delivered, sent by U.S. Mail, Certified Mail, Return Receipt Requested, and/or Facsimile Transmission to the following service list on this _18_ day of _May_, 2004.

*[signature]*
Donald H. Grissom

Julie A. Hardin
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 fax