SUPERIOR
AUCTIONS • APPRAISAL • BROKERAGE

[San Antonio, Texas 78210]
P.O. Box 792427 • 78279-2427
210/499-0777 or 210/697-0700 • 210/499-4217
www.ssami.com

Oklahoma City Office
11500 South Meridian
Oklahoma City, OK 73173
405/691-8464 • 405/691-0822

Odessa Office
8001 West Country Road
Odessa, TX 79763
915/366-7322 • 915/366-7379

May 1, 1997

<u>FACSIMILE TRANSMISSION</u>: 713/943-0303

Mr. Pete Martinez
U. S. Customs Services, Los Indois
International Bridge
P. O. Box 343
Los Indois, Texas 78567

Dear Mr. Martinez:

In the summer of 1996, we sold at public auction, structural drill pipe for Mr. Rex Terry. This auction was conducted in Houston, Texas. The prices obtained for the pipe reflected structural grade. The pipe is further described as 3 ½" and 5" drill pipe.

We are pleased to furnish you this information and if we can be of further assistance, please contact us at 210/499-0777.

Respectfully,

*Larry G. Mitchell*

Larry Mitchell
Regional Sales Manager

LM:tlc

EXHIBIT
# 9
Terry

PARKER-00035

E