February 5, 1997

Pete Martinez
U.S. Customs Service
Los Indios International Bridge
Los Indios, Texas  78567

Dear Mr. Martinez:

By figuring from the quality of the material we received, the cost of the pipe in Mexico should have been no higher than $75.00 USD per ton.

Scrap from Pemex has been selling for $62-65.00 USD per ton.

If we take the cost of $75.00 USD per ton and add freight and crossing fees it would have been a break even transaction. And then add the dumping fees which was totally unexpected.

As I explained on the telephone the price of $6389.00 USD per truck was figured on the total lot of pipe, which we didn't receive, bought from Frano - Frank Avila. After we paid Mr. Avila, he turned around and resold our good pipe which left us with nothing but junk pipe.

We didn't realize until all the pipe was in Houston and accounted for what had happened.

Since we were not aware of the custom's dumping fees, we made no attempt to contact your office.

I now know who bought our pipe from Mr. Avila and can get sworn statements if necessary to this affect.

Thank you for your time and assistance on this matter. Please contact me at (713)943-7371 after you have received this information.

Sincerely,

Rex Terry

EXHIBIT
13
Terry

PARKER-00027

F

May 14, 1997

Pete Martinez
U. S. Customs Service
Los Indios International Bridge
Los Indios, Texas   78567

Dear Mr. Martinez:

    As we discussed, I am forwarding a copy of the wire transfer to Frano (Frank) Avila. I am also sending a letter from Superior Auctioneer's with the quality and price of the subject drill pipe sold for.

    My whole problem was that I was not aware of the dumping laws. This was compounded when the merchandise that I bought from Mr. Avila was switched. Mr. Avila took good drill pipe which I paid for and replaced it with worn-out drill pipe. Mr. Avila then sold my good pipe to another company here in Texas.

    I was unaware of the situation until all the trucks were in from Mexico and I found out that my good pipe as well as Mr. Avila were missing.

    Since this was not the merchandise that I paid for and was exchanged for junk pipe, this lot of drill pipe should fall under Defective Merchandise, Federal Regulation 19CFR 158.12.(a).

    After you have reviewed this information, please contact me at (713)943-7371.

Sincerely,

Rex Terry

**EXHIBIT**
14

PARKER-00028