WIRE TRANSFER

PASSWORD VERIFIED BY

ACCOUNT

**EXHIBIT 23**

03

DATE: 3-22-96
T: 9:55
A: $67,700.00

FOR:

AC:

BA:

AEA:

SENDER

NAME:
ADDRESS:
TEL:

SENDER

WIRE

DEBIT A

PERSONAL

CASHIER

CASH