

EXHIBIT
24

PARKER-00001



5179

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
Customs Form 4333A (041693)

Your entry is scheduled to liquidate on the date indicated for the liquidation amount. Any difference between this amount and the initial amount paid will be billed or refunded to you.

If you are dissatisfied with the liquidated amount, a protest may be filed within 90 days of the date of liquidation according to the procedures set forth in Part 174 of the Customs Regulations (19 CFR Part 174).

* INDICATES REFUND TO DIFFERENT ADDRESS
* INDICATES OFFSET OF REFUNDS

IMPORTER NUMBER _____ 8495   02-14-03

COURTESY NOTICE

ENTRIES SCHEDULED TO LIQUIDATE

| SERIES | TYPE AND ENTRY NO. | DATE OF ENTRY | CODE | INITIAL AMOUNT | LIQUIDATION AMOUNT |
|---|---|---|---|---|---|
| | | THIS IS NOT A BILL - NO ACTION REQUIRED | | | |
| 03 | 00503808 | 04-19-96 | | 25.00 | 1,820.31 |
| | FILER CODE M29 BATCH NBR 03131-TIB4-005-007 | | | | |
| 03 | 00539372 | 04-23-96 | | 25.00 | 1,820.31 |
| | FILER CODE M29 BATCH NBR 03013I-TIB4-005-009 | | | | |

REFER INQUIRIES TO:
U.S. CUSTOMS SERVICE
PORT DIRECTOR
US CUSTOMS SERVICE
9901 S. CAGE
PHARR, TX 78577

GOODS ENTERED AT:
62305
HIDALGO, TX

REX WAYNE TERRY
_____
SOUTH HOUSTON TX 77587-3129

PARKER-00002

Your entry is scheduled to liquidate on the date indicated for the liquidation amount. Any difference between this amount and the initial amount paid will be billed or refunded to you.

If you are dissatisfied with the liquidated amount, a protest may be filed within 90 days of the date of liquidation according to the procedures set forth in Part 174 of the Customs Regulations. (19 CFR Part 174).

## COURTESY NOTICE — ENTRIES SCHEDULED TO LIQUIDATE

| ENTRY TYPE AND ENTRY NO | DATE OF ENTRY | CODE | INITIAL AMOUNT | LIQUIDATION REQUIRED | LIQUIDATION AMOUNT |
|---|---|---|---|---|---|
| THIS IS NOT A BILL - | | | | NO ACTION REQUIRED | |
| 03 00502339 | 04-01-96 | BATCH | 25.00 | | 1,860.21 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-020 | | | | |
| 03 00502412 | 04-02-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-004 | | | | |
| 03 00502461 | 04-02-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-011 | | | | |
| 03 00502479 | 04-02-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-010 | | | | |
| 03 00502610 | 04-08-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-011 | | | | |
| 03 00502628 | 04-08-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-014 | | | | |
| 03 00502636 | 04-08-96 | BATCH | 25.00 | | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-013 | | | | |

REFER INQUIRIES TO:
U.S. CUSTOMS SERVICE
PORT DIRECTOR
US CUSTOMS SERVICE
9901 S. CAGE
PHARR, TX 78577

GOODS ENTERED AT:
62305
HIDALGO, TX

REX WAYNE TERRY
SOUTH HOUSTON TX 77587-3129

IMPORTER NUMBER ... 0495    02-14-03

5179

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
Customs Form 4333A (041893)

* INDICATES REFUND TO DIFFERENT ADDRESS
* INDICATES OFFSET OF REFUNDS

PARKER-00003

Your entry is scheduled to liquidate on the date indicated for the liquidation amount. Any difference between this amount and the initial amount paid will be billed or refunded to you.

If you are dissatisfied with the liquidated amount, a protest may be filed within 90 days of the date of liquidation according to the procedures set forth in Part 174 of the Customs Regulations (19 CFR Part 174).

**COURTESY NOTICE**

**ENTRIES SCHEDULED TO LIQUIDATE**

**THIS IS NOT A BILL**

| SEQ | ENTRY TYPE AND ENTRY NO. | DATE OF ENTRY | LIQ. CODE | ENTERED AMOUNT | LIQ. DATE/LIQ. AMOUNT |
|---|---|---|---|---|---|
| 03 | 00502719 | 04-09-96 | NO ACTION REQUIRED | NBR | 030131-T1B4-005-017   1,820.31 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,820.31 |
| 03 | 00502727 | 04-09-96 | | NBR | 030131-T1B4-005-018   1,820.31 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,820.31 |
| 03 | 00502735 | 04-09-96 | | NBR | 030131-T1B4-005-019   1,820.31 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,820.31 |
| 03 | 00502743 | 04-09-96 | | NBR | 030131-T1B4-005-016   1,819.19 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,819.19 |
| 03 | 00502891 | 04-10-96 | | NBR | 030131-T1B4-004-018   1,820.31 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,820.31 |
| 03 | 00502966 | 04-11-96 | | NBR | 030131-T1B4-005-039   1,820.31 |
| | FILER CODE M29 | | BATCH | 25.00 | 1,820.31 |
| 03 | 00502982 | 04-11-96 | | NBR | 030131-T1B4-005-001 |
| | FILER CODE M29 | | BATCH | | |

**IMPORTER NUMBER**
8495        02-16-03

5179

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
Customs Form 4333A (041693)

+ INDICATES REFUND TO DIFFERENT ADDRESS
• INDICATES OFFSET OF REFUNDS

6

L

**REFER INQUIRIES TO:**
U.S. CUSTOMS SERVICE
PORT DIRECTOR
US CUSTOMS SERVICE
9901 S. CAGE
PHARR, TX 78577

**GOODS ENTERED AT:**
52305
HIDALGO, TX

REX WAYNE TERRY
SOUTH HOUSTON TX 77587-3129



Pete Martinez

5179

REFER INQUIRIES TO:
U.S CUSTOMS SERVICE

PORT DIRECTOR
US CUSTOMS SERVICE
9901 S. CAGE
PHARR, TX 78577

GOODS ENTERED AT:

52305
HIDALGO, TX

REX WAYNE TERRY
SOUTH HOUSTON TX 77587-3129

**COURTESY NOTICE** — ENTRIES SCHEDULED TO LIQUIDATE

**THIS IS NOT A BILL — NO ACTION REQUIRED**

| SEE ES TYPE AND ENTRY (#) | DATE OF ENTRY | INITIAL AMOUNT | LIQUIDATED AMOUNT |
|---|---|---|---|
| 03 00503048 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-004-020 | | |
| 03 00503154 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-012 | | |
| 03 00503170 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-004-019 | | |
| 03 00503220 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-002 | | |
| 03 00503238 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-003 | | |
| 03 00503244 | 04-15-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-004 | | |
| 03 00503352 | 04-16-96 | 25.00 | 1,820.31 |
| FILER CODE M29 | BATCH NBR 030131-T1B4-005-006 | | |

Your entry is scheduled to liquidate on the date indicated. (If the liquidation amount, any difference between this amount and the initial amount paid will be billed or refunded to you.
If you are dissatisfied with the liquidated amount, a protest may be filed within 90 days of the date of liquidation according to the procedures set forth in Part 174 of the Customs Regulations.
(19 CFR Part 174).

| IMPORTER NUMBER | DATE |
|---|---|
| 8495 | 02-14-03 |

+ INDICATES REFUND TO DIFFERENT ADDRESS
* INDICATES OFFSET OF REFUNDS

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
Customs Form 4333A (041593)

PARKER-00004

**SEND CHECK MADE PAYABLE TO:** ►
**U.S. CUSTOMS SERVICE**

. BOX 100769
NTA,      GA 30384

**FOR SERVICE/CHARGE AT:**

)5
(R,        TX

**REFER INQUIRIES TO:**
(LSO, TX
T DIRECTOR
:USTOMS SERVICE
(R,        TX 78577

WAYNE TERRY
IN HOUSTON          TX
87-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**     438152521

| ENTRY DATE | REFERENCE NAME | DOCUMENT NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-11-96 | | N7900502966 | DUTY | 408.70 |
| | | | INTEREST | 293.43 |
| | | | INTEREST | 1385.41 |
| | | | INTEREST | 994.90 |
| | INTEREST ACCRUED TO DATE | | | 0.00 |
| | INTEREST RATE EFFECTIVE 01-01-03 | 05.00 % | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

| 36     SURETY 422 | 3093.44 |
|---|---|
| **FOR PROPER CREDIT TO YOUR ACCOUNT** **PAY FULL AMOUNT DUE UPON RECEIPT** ► | |
| **AMOUNT DUE AFTER** 05-15-03 ► **(INCLUDING INTEREST)** | 3096.34 |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 3475 | 02-14-03 | 438152821 |

DEPARTMENT OF THE TREASURY
RETURN THIS COPY WITH REMITTANCE. IF RECEIPT IS DESIRED, INCLUDE BOTH COPIES WITH A STAMPED SELF ADDRESSED ENVELOPE.

**EXHIBIT**
**25**

PARKER-00005

**SEND CHECK MADE PAYABLE TO:**
**U.S. CUSTOMS SERVICE**

.0. BOX 100769
TLANTA,    GA 30384

**FOR SERVICE/CHARGE AT:**

:305
4ARR,    TX

**REFER INQUIRIES TO:**
[DALGO,TX
JET DIRECTOR
S.CUSTOMS SERVICE
4ARR,    TX 78577

EX WAYNE TERRY

OUTH HOUSTON    TX
7587-3129

**PLEASE ADVISE OF ANY CHANGE OF ADDRESS**

## U.S. CUSTOMS SERVICE BILL

| BILL/ISS DATE | REFERENCE NAME | ACCOUNT/ENTRY NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-02-96 | | A2900502412 | DUTY | 408. |
| | | | INTEREST | 294. |
| | | | | 1386. |
| | | | INTEREST | 999. |
| | INTEREST ACCRUED TO DATE | | | 0. |
| | INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

| BB | SURETY 422 | | 3069.71 |
|---|---|---|---|
| | **FOR PROPER CREDIT TO YOUR ACCOUNT** | → | |
| | **PAY FULL AMOUNT DUE UPON RECEIPT** | | |
| | **AMOUNT DUE AFTER** 03-15-03 (INCLUDING INTEREST) | → | 3102.43 |

| YOUR PIG/CUST/IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| 8495 | 02-14-03 | 436152810 |

PARKER-00006

438152809

**➤ SEND CHECK MADE PAYABLE TO: ➤**
**U.S. CUSTOMS SERVICE**

**U.S. CUSTOMS SERVICE BILL**

| ON THIS DATE | REFERENCE NAME | ACCOUNT/ENTRY NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-19-96 | | R2900503806 | DUTY | 406. |
| | | | INTEREST | 292. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 990. |

.O. BOX 100769
TLANTA,      GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARP,          TX

**REFER INQUIRIES TO:**
IJALGO,TX
DRT DIRECTOR
S. CUSTOMS SERVICE
HARR,          TX 78577

| INTEREST ACCRUED TO DATE | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | 05.00 % | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

EX WAYNE TERRY
████████████
OUTH HOUSTON          TX
7587-3129

| BE | SURETY 422 | |
|---|---|---|

**FOR PROPER CREDIT TO YOUR ACCOUNT**
**PAY FULL AMOUNT DUE UPON RECEIPT ➤**          3078.25

**AMOUNT DUE AFTER**  03-15-03  ➤          3090.93
**(INCLUDING INTEREST)**

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| ████████3495 | 02-14-03 | 438152809 |

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

PARKER-00007

➤ **SEND CHECK MADE PAYABLE TO:** ◄
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,      GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARR,      TX

**REFER INQUIRIES TO:**

IDALGO,TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,      TX 78577

**U.S. CUSTOMS SERVICE BILL**

| DIS THIS DATE | REFERENCE NAME | AMOUNT PAID | ENCLOSED CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-16-96 | | A29G05C335Z | DUTY | 406. |
| | | | INTEREST | 292. |
| | | | | 1386. |
| | | | INTEREST | 992. |
| INTEREST ACCRUED TO DATE | | | | |
| INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | | 0. |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

DE      SURETY 422

EX WAYNE TERRY

OUTH HOUSTON      TX
7567-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**FOR PROPER CREDIT TO YOUR ACCOUNT**
**PAY FULL AMOUNT DUE UPON RECEIPT** ➤      5.080.27

**AMOUNT DUE AFTER** 05-15-03 ➤      3058.75
(INCLUDING INTEREST)

| YOUR CUSTOMS IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| 6495 | 02-14-03 | 438152796 |

PARKER-00008

**► SEND CHECK MADE PAYABLE TO: ◄**
**U.S. CUSTOMS SERVICE**

.0. BOX 100769
TLANTA,    GA 30364

**FOR SERVICE/CHARGE AT:**

2305
4ARR,    TX

**REFER INQUIRIES TO:**

IDALGO,TX
ORT DIRECTOR
S:CUSTOMS SERVICE
4ARR,    TX 78577

EX WAYNE TERRY
OUTH HOUSTON    TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

---

**U.S. CUSTOMS SERVICE BILL**    436152843

| ON THIS DATE | REFERENCE NAME | (COUNTRY NO) | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-08-96 | | A290052010 | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1386. |
| | | | INTEREST | - 996. |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | 05.00 % | | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

36    SURETY 422

| FOR PROPER CREDIT TO YOUR ACCOUNT ► | |
|---|---|
| **PAY FULL AMOUNT DUE UPON RECEIPT** ► | |
| **AMOUNT DUE AFTER** 03-15-03 ► (INCLUDING INTEREST) | 3096.57 |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| ████ 3495 | 02-14-03 | 436152843 |

RETURN THIS COPY WITH REMITTANCE. IF RECEIPT IS DESIRED, INCLUDE PAYER'S COPY WITH A STAMPED SELF-ADDRESSED ENVELOPE.

PARKER-00009

**SEND CHECK MADE PAYABLE TO:**
**U.S. CUSTOMS SERVICE**

.J. BOX 100769
TLANTA,      GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARR,      Tx

**REFER INQUIRIES TO:**

IDALGO,TX
RT DIRECTOR
S/ CUSTOMS SERVICE
HARR,      TX 78577

EX WAYNE JERRY
OUTH HOUSTON      TX
7567-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

### U.S. CUSTOMS SERVICE BILL

| ON THIS DATE | REFERENCE NAME | ACCOUNT ENTRY NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-01-96 | | M2900502339 | DUTY | .417, |
| | | | INTEREST | 301. |
| | | | | 1417. |
| | | | INTEREST | 1022. |
| | | | | |
| INTEREST ACCRUED TO DATE | | | | D. |
| INTEREST RATE EFFECTIVE 01-01-03 | 05.00 % | | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

B6    SURETY 420

| | | |
|---|---|---|
| FOR PROPER CREDIT TO YOUR ACCOUNT **PAY FULL AMOUNT DUE UPON RECEIPT** ▶ | | 3159.07 |
| **AMOUNT DUE AFTER** 03-15-03 (INCLUDING INTEREST) ▶ | | 3172.06 |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 8495 | 02-14-03 | 438152534 |

RETURN THIS COPY WITH
REMITTANCE. IF RECEIPTS
DESIRED. INCLUDE PAYER'S
COPY WITH A STAMPED
SELF-ADDRESSED ENVELOPE.

PARKER-00010

**➤ SEND CHECK MADE PAYABLE TO: ➤**
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,      GA 30384

| **FOR SERVICE/CHARGE AT:** |
|---|

2305
HARR,      TX

| **REFER INQUIRIES TO:** |
|---|

IDALGO,TX
ONE DIRECTOR
S,CUSTOMS SERVICE
HARR,       TX 78577

EX KAYWE TERRY
████████████
OUTH HOUSTON      TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL** 438152716

| BILL THIS DATE | REFERENCE NAME | ACCOUNT NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-10-98 | K2900502891 | | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1385. |
| | | | INTEREST | 994. |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | 09.00 % | | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

55       SURETY 422                              3082.39

| FOR PROPER CREDIT TO YOUR ACCOUNT PAY FULL AMOUNT DUE UPON RECEIPT ▶ | | |
|---|---|---|
| AMOUNT DUE AFTER   03-15-03   ▶ (INCLUDING INTEREST) | | 3095.08 |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| ████████495 | 02-14-03 | 438152715 |

RETAIN THIS COPY WITH REMITTANCE. IF RECEIPT IS DESIRED, INCLUDE ENTIRE BILL COPY WITH A STAMPED, SELF-ADDRESSED ENVELOPE.

PARKER-00011



PARKER-00012

➤ SEND CHECK MADE PAYABLE TO: ➤
   **U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,      GA 30384

| **FOR SERVICE/CHARGE AT:** |

L305
HARR,        TX

| **REFER INQUIRIES TO:** |
IDALGO, TX
ORT DIRECTOR
S/CUSTOMS SERVICE
HARR,        TX 78577

**U.S. CUSTOMS SERVICE BILL**

| ON THE DATE | REFERENCE NAME | ACCOUNT NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-15-96 | | N2900503048 | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 996. |
| | | | | |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | | | 05.00 % | |

**PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT**

EX WAYNE TERRY

OUTH HOUSTON        TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

| 86      SURETY 422 | | 3002.97 |
|---|---|---|
| FOR PROPER CREDIT TO YOUR ACCOUNT **PAY FULL AMOUNT DUE UPON RECEIPT** ▶ | | |
| **AMOUNT DUE AFTER** 03-15-03 ▶ (INCLUDING INTEREST) | | 3095.65 |

| YOUR CUSTOMS IMPORT NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| ███████3495 | 02-14-03 | 438152730 |

RETURN THIS COPY WITH REMITTANCE. IF RECEIPT IS DESIRED, RETURN ENTIRE COPY WITH A STAMPED SELF-ADDRESSED ENVELOPE.

PARKER-00013

**SEND CHECK MADE PAYABLE TO:**
**U.S. CUSTOMS SERVICE**

P.O. BOX 100769
ATLANTA,    GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARR,    TX

**REFER INQUIRIES TO:**
HIDALGO, TX
DBT DIRECTOR
US CUSTOMS SERVICE
HARR,    TX 78577

ER. WAYNE TERRY
SOUTH HOUSTON    TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**    438152741

| ENTRY DATE | REFERENCE NAME | 2ND REFERENCE NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-11-96 | | K290050296? | DUTY | 408. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 994. |
| INTEREST ACCRUED TO DATE | | | | D. |
| INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

86    SURETY 422

| FOR PROPER CREDIT TO YOUR ACCOUNT **PAY FULL AMOUNT DUE UPON RECEIPT** ▶ | | 2182.04 |
|---|---|---|
| **AMOUNT DUE AFTER** 03-15-03 ▶ (INCLUDING INTEREST) | | 3098.54 |

| YOUR CUSTOMS IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| 3495 | 02-14-03 | 438152741 |

PARKER-00014

**SEND CHECK MADE PAYABLE TO:**
**U.S. CUSTOMS SERVICE**

P.O. BOX 100769
ATLANTA,        GA 30384

**FOR SERVICE/CHARGE AT:**

52305
PHARR,        TX

**REFER INQUIRIES TO:**

HIDALGO, TX
PORT DIRECTOR
U.S. CUSTOMS SERVICE
PHARR,        TX 78577

SK WAYNE TERRY

SOUTH HOUSTON        TX
77587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**  438152752

| BILL/CHECK DATE | ENTRY/REFERENCE NAME | ACCOUNT NUMBER | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-15-96 | | H2600503220 | DUTY | 408. |
| | | | INTEREST | 292. |
| | | | INTEREST | 1366. |
| | | | INTEREST | 992. |
| INTEREST ACCRUED TO DATE | | | 05.00 % | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | | | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

#6    SURETY 422

| | |
|---|---|
| **FOR PROPER CREDIT TO YOUR ACCOUNT** ▶ | 3060.95 |
| **PAY FULL AMOUNT DUE UPON RECEIPT** | |
| **AMOUNT DUE AFTER** 03-15-03 ▶ | 3093.64 |
| **(INCLUDING INTEREST)** | |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 3495 | 02-14-03 | 438152752 |

PARKER-00015

➤ SEND CHECK MADE PAYABLE TO: ➤
**U.S. CUSTOMS SERVICE**

U.S. CUSTOMS SERVICE BILL

438152763

.O. BOX 100769
TLANTA,    GA 30384

| ON THIS DATE | IMPORTER NAME | ENTRY NUMBER | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-15-98 | | MLY00503236 | DUTY | 408. |
| | | | INTEREST | 292. |
| | | | | 1388. |
| | | | INTEREST | 992. |

| FOR SERVICE/CHARGE AT: |
|---|

2305
HARR,    TI

| REFER INQUIRIES TO: |
|---|

IDALGO,TX
ORT DIRECTOR
S.CUSTOMS SERVICE
HARR,    TX 78577

INTEREST ACCRUED TO DATE
INTEREST RATE EFFECTIVE 01-01-03   05.00 %                           0.

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMEN

SE    CURITY 422

EX WAYNE TERRY

OUTH HOUSTON         TX
7567-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

| FOR PROPER CREDIT TO YOUR ACCOUNT |
|---|
| **PAY FULL AMOUNT DUE UPON RECEIPT** ➤ | 309?.?5 |
| **AMOUNT DUE AFTER** 03-15-03 ➤ | 3093.64 |

| YOUR CUSTOMS IMPORT LAND | BILL DATE | BILL NUMBER |
|---|---|---|
| 9495 | 02-14-03 | 438152763 |

RETURN THIS COPY WITH PAYMENT. IF RECEIPT IS DESIRED, RETURN ENTIRE BILL WITH PAYMENT. COPY WITH A STAMPED SELF-ADDRESSED ENVELOPE

PARKER-00016

SEND CHECK MADE PAYABLE TO:
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,    GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARR,       TX

**REFER INQUIRIES TO:**

IDALGO,TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,       TX 78577

**U.S. CUSTOMS SERVICE BILL**

| ON THIS DATE | REFERENCE NAME | DESIGNATION/ENTRY NO. | EXPL OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-15-96 | | K290050 3246 | DUTY | 406. |
| | | | INTEREST | 292. |
| | | | | 1386. |
| | | | INTEREST | 992. |
| | INTEREST ACCRUED TO DATE | | | 0. |
| | INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

EX WAYNE TERRY

OUTH HOUSTON        TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

96    SURETY 422

| | | |
|---|---|---|
| **FOR PROPER CREDIT TO YOUR ACCOUNT**<br>**PAY FULL AMOUNT DUE UPON RECEIPT** ▶ | | 2 080.95 |
| **AMOUNT DUE AFTER   03-15-03** ▶<br>(INCLUDING INTEREST) | | 3093.84 |
| YOUR CUSTOMS IMPORTER NO. | DUE DATE | BILL NUMBER |
| ████████8495 | 02-14-03 | 438152774 |

PARKER-00017



➤ **SEND CHECK MADE PAYABLE TO:** ➤
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,    GA 30384

**U.S. CUSTOMS SERVICE BILL** 438152785

| ENTRY DATE | REFERENCE NUMBER | BILL/CLAIM/REQ NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-23-96 | | A2906539572 | DUTY | 406. |
| | | | INTEREST | 291. |
| | | | | 1386. |
| | | | INTEREST | 986. |

**FOR SERVICE/CHARGE AT:**

2305
HARR,    TX

**REFER INQUIRIES TO:**

IDALGO, TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,    TX 78577

INTEREST ACCRUED TO DATE                        C.
INTEREST RATE EFFECTIVE 01-01-03  C5.00 5

**PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT**

B6    SURETY 422

EX WAYNE TERRY

OUTH HOUSTON    TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**PAY FULL AMOUNT DUE UPON RECEIPT**  ▶    3u3.5u
• FOR PROPER CREDIT TO YOUR ACCOUNT

**AMOUNT DUE AFTER** 03-15-03  ▶    3088.22
(INCLUDING INTEREST)

| YOUR CUSTOMS IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| 8495 | 02-14-03 | 438152785 |

PARKER-00018



SEND CHECK MADE PAYABLE TO:
**U.S. CUSTOMS SERVICE**

P.O. BOX 100769
TLANTA,      GA 30384

U.S. CUSTOMS SERVICE BILL     438152923

| ENTRY DATE | REFERENCE NAME | ACCT OR NUM BER | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-02-96 | K2905502461 | | DUTY | 496. |
| | | | INTEREST | 294. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 999. |

**FOR SERVICE/CHARGE AT:**

2305
HARR,      TX

**REFER INQUIRIES TO:**
IDAL 6D, TX
ORT DIRECTOR
S/CUSTOMS SERVICE
HARR,      TX 78577

INTEREST ACCRUED TO DATE                    0.
INTEREST RATE EFFECTIVE 01-01-03   05.00 %

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

EK WAYNE TERRY
OUTH HOUSTON      TX
7587-3129

86      SURETY 427

**PAY FULL AMOUNT DUE UPON RECEIPT**   FOR PROPER CREDIT TO YOUR ACCOUNT

**AMOUNT DUE AFTER**   03-15-03   3102.43
(INCLUDING INTEREST)

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

| YOUR CUSTOM IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 495 | 02-14-03 | 438152923 |

PARKER-00019

SEND CHECK MADE PAYABLE TO:
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,        GA 30384

**FOR SERVICE/CHARGE AT:**

.2305
HARR,        TX

**REFER INQUIRIES TO:**

IDALGO, TX
DRT DIRECTOR
IS CUSTOMS SERVICE
HARR,        TX 78577

.EX WAYNE TERRY

OUTH HOUSTON        TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**

| ENTRY DATE | REFERENCE NOS. | ACCOUNT DETAIL | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-15-96 | | K2900503154 | DUTY | 408. |
| | | | INTEREST | 292. |
| | | | INTEREST | 1366. |
| | | | INTEREST | 942. |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

B6      SURETY 422

| FOR PROPER CREDIT TO YOUR ACCOUNT | | |
|---|---|---|
| **PAY FULL AMOUNT DUE UPON RECEIPT** | ► | 2050.96 |
| **AMOUNT DUE AFTER** 03-15-03 (INCLUDING INTEREST) | ► | 3093.64 |

| YOUR CUSTOM IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| | 02-14-03 | 438152854 |

RETURN THIS COPY WITH REMITTANCE. IF RECEIPT IS REQUIRED, INCLUDE PAYERS COPY WITH A STAMPED, SELF ADDRESSED ENVELOPE.

PARKER-00020

➤ **SEND CHECK MADE PAYABLE TO:** ➤
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,     GA 30384

| | **FOR SERVICE/CHARGE AT:** | |

2305
HARR,      TX

| | **REFER INQUIRIES TO:** | |

IDALGO,TX
DAT DIRECTOR
S/CUSTOMS SERVICE
HARR,       TX 78577

EX WAYNE TERRY

OUTH HOUSTON        TX
7587-3139

**PLEASE ADVISE OF ANY CHANGE OF ADDRESS**

**U.S. CUSTOMS SERVICE BILL**    438152865

| ENTRY/DATE | REFERENCE NAME | ASSESSMENT/REF. NO. | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-08-96 | | A2900502656 | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | | 1386. |
| | | | INTEREST | 996. |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | 05.00 % | | | |

THIS COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT.

86     SURETY 42C                                        815.60

| **FOR PROPER CREDIT TO YOUR ACCOUNT**  **PAY FULL AMOUNT DUE UPON RECEIPT** ➤ | |
|---|---|
| **AMOUNT DUE AFTER** 03-15-03  **(INCLUDING INTEREST)** ➤ | 3096.27 |

| YOUR CUSTOMS IMPORTER NO. | BILL DATE | BILL NUMBER |
|---|---|---|
| | 02-14-03 | 438152865 |

RETURN THIS COPY WITH REMITTANCE. RECEIPT DESIRED, ENCLOSE PAYMENT COPY WITH A STAMPED SELF-ADDRESSED ENVELOPE.

PARKER-00021

**SEND CHECK MADE PAYABLE TO:**
**U.S. CUSTOMS SERVICE**

.O. BOX 100769
TLANTA,     GA 30384

**FOR SERVICE/CHARGE AT:**

2305
HARR,       TX

**REFER INQUIRIES TO:**

IDALGO,TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,        TX 78577

EX WAYNE TERRY

OUTH HOUSTON        TX
7567-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**

| DATE THIS DATE | REFERENCE NAME | ACCOUNT NUMBER | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-08-96 | | P.2900302625 | DUTY | 406. |
| | | | INTEREST | 793. |
| | | | INTEREST | 1365. |
| | | | INTEREST | 996. |
| INTEREST ACCRUED TO DATE | | | | 0. |
| INTEREST RATE EFFECTIVE 01-01-03 | | | 05.00 % | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

SUR   SURETY 422

| FOR PROPER CREDIT TO YOUR ACCOUNT | | | |
|---|---|---|---|
| PAY FULL AMOUNT DUE UPON RECEIPT | ► | | 3589.00 |
| AMOUNT DUE AFTER 03-15-03 (INCLUDING INTEREST) | ► | | 3598.37 |
| YOUR CUSTOMS IMPORTER NO | | BILL DATE | BILL NUMBER |
| | | 02-14-03 | 438152876 |

PARKER-00022

► SEND CHECK MADE PAYABLE TO: ►
**U.S. CUSTOMS SERVICE**

438152887

**U.S. CUSTOMS SERVICE BILL**

.O. BOX 100769
TLANTA,    GA 30384

| ON THIS DATE | REFERENCE NAME | | DUTY | AMOUNT |
|---|---|---|---|---|
| 04-09-98 | P.2900502735 | | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 995. |

FOR SERVICE/CHARGE AT:

2305
PARR,       TX

REFER INQUIRIES TO:

HIDALGO, TX
DIST. DIRECTOR
CUSTOMS SERVICE
PARR,      TX 78577

INTEREST ACCRUED TO DATE
INTEREST RATE EFFECTIVE 01-01-03    05.00 %                      0.

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

B.     SURETY 425

EX WAYNE TERRY

OUTH HOUSTON      TX
7587-3129

**PAY FULL AMOUNT DUE UPON RECEIPT** FOR PROPER CREDIT TO YOUR ACCOUNT ►

**AMOUNT DUE AFTER** 05-15-03 ►    3097.67
(INCLUDING INTEREST)

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| ████████3495 | 02-14-03 | 438152887 |

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

RETURN THIS COPY WITH REMITTANCE. IF REQUESTED, BILL INCLUDE PAYMENT COPY WITH A STAMPED SELF-ADDRESSED ENVELOPE

PARKER-00023

➤ SEND CHECK MADE PAYABLE TO: ➤
**U.S. CUSTOMS SERVICE**

U.S. CUSTOMS SERVICE BILL  438152901

.O. BOX 100769
TLANTA,    GA 30384

| PAY THIS DATE | REFERENCE NAME | ACCT/ENTRY NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-09-96 | | R290050C727 | DUTY | 408. |
| | | | INTEREST | 293. |
| | | | | 1386. |
| | | | INTEREST | 995. |

**FOR SERVICE/CHARGE AT:**

2305
HARR,    TX

**REFER INQUIRIES TO:**

IDALGO,TX
JRT DIRECTOR
S CUSTOMS SERVICE
HAPR,    TX 78577

INTEREST ACCRUED TO DATE
INTEREST RATE EFFECTIVE 01-01-03    05.00 %                              C.

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

SG    SURETY 429

LX WAYNE TERRY

OUTH HOUSTON    TX
7587-3129

| FOR PROPER CREDIT TO YOUR ACCOUNT ➤ **PAY FULL AMOUNT DUE UPON RECEIPT** | ➤ | |
|---|---|---|
| **AMOUNT DUE AFTER**  03-15-03 (INCLUDING INTEREST) | ➤ | |
| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
| 3495 | 02-14-03 | 438152901 |

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

PARKER-00024

➤ **SEND CHECK MADE PAYABLE TO:** ➤
**U.S. CUSTOMS SERVICE**

●O. BOX 100769
TLANTA,    GA 30384

**FOR SERVICE/CHARGE AT:**

3305
HARR,    TX

**REFER INQUIRIES TO:**

IDALGO,TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,    TX 78577

EX WAYNE TERRY

OUTH HOUSTON    TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

**U.S. CUSTOMS SERVICE BILL**

| ON THIS DATE | REFERENCE NAME | ASSIGNMENT NO | TYPE OF CHARGE | AMOUNT |
|---|---|---|---|---|
| 04-09-96 | | K2960502743 | DUTY | 406. |
| | | | INTEREST | 293. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 995. |
| | INTEREST ACCRUED TO DATE | | | 0. |
| | INTEREST RATE EFFECTIVE 01-01-03 | | 05.00 % | |

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

PG    SURETY 423

| | | |
|---|---|---|
| **FOR PROPER CREDIT TO YOUR ACCOUNT** **PAY FULL AMOUNT DUE UPON RECEIPT** ➤ | | 3084.95 |
| **AMOUNT DUE AFTER** 03-15-03 ➤ **(INCLUDING INTEREST)** | | 3097.64 |

| YOUR CUSTOM IMPORTING NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 8495 | 02-14-03 | 438152878 |

PARKER-00025

☞ SEND CHECK MADE PAYABLE TO:
**U.S. CUSTOMS SERVICE**

790 - 955  U.S. CUSTOMS SERVICE BILL

| | | | DUTY | 408. |
|---|---|---|---|---|
| 04-02-96 | | P.29G052479 | INTEREST | 294. |
| | | | INTEREST | 1386. |
| | | | INTEREST | 999. |

.O. BOX 100764
TLANTA,    GA 30384

**FOR SERVICE/CHARGE AT:**

2385
HARR,    TX

**REFER INQUIRIES TO:**
IDALGO,TX
ORT DIRECTOR
S CUSTOMS SERVICE
HARR,    TX 78577

INTEREST ACCRUED TO DATE
INTEREST RATE EFFECTIVE 01-01-03    05.00 %    0.

PINK COPY OF BILL MUST BE MAILED WITH YOUR PAYMENT

EX WAYNE TERRY

OUTH HOUSTON    TX
7587-3129

PLEASE ADVISE OF ANY CHANGE OF ADDRESS

SURETY 422

| FOR PROPER CREDIT TO YOUR ACCOUNT | | 3069.71 |
|---|---|---|
| PAY FULL AMOUNT DUE UPON RECEIPT ► | | |
| AMOUNT DUE AFTER 03-15-03 ► | | 3102.43 |
| (INCLUDING INTEREST) | | |

| YOUR CUSTOMS IMPORTER NO | BILL DATE | BILL NUMBER |
|---|---|---|
| 8495 | 02-14-03 | 438152832 |

PARKER-00026