
INSURANCE
SURETY

**PAST DUE**

XL Surety
20 N. Martingale Road
Suite 200
Schaumburg, IL 60173-2415
USA
Phone +1 847-517-2990
Fax +1 847-517-8971
Email customs@xlai.com
www.xlinsurance.com

*Our Reference No.* *8495*
*January 20, 2004*

Rex Wayne Terry
Attn: Import Dept

South Houston, TX 77587

| VIA FAX | # of Pages |
|---------|------------|
| TO: | FROM: Chris Bilotta |
| | XL Surety    Ext 631 |
| PH | PH# 800/394-3909 |
| FAX# | FAX# 847/517-8971 |

Dear Sir or Madam:

**RE:   DELINQUENT U.S. CUSTOMS BILLS (See Attached)**

Although you were recently notified that additional duties are owed on the captioned entry(s). Customs has not yet received your payment. *According to Customs, the bill(s) are past due and your account is delinquent.* As a result, the company who provided your U.S. Customs Bond to secure these Customs transactions has received a demand from Customs requiring immediate payment. *Please make your check payable to the Bureau of Customs and Border Protection and send it to: P. O. Box 100769, Atlanta, GA 30384.*

*If you do not pay the bill(s), Customs has the authority to revoke your company's immediate delivery privileges.* If you have an open protest on file with Customs, your immediate delivery privileges may not be revoked, but we will need a complete copy of the protest to verify that you are disputing the bill(s). Although your protest may still be pending, Customs will continue to assess interest on the bill(s) at approximately 4% rate. Paying the bill(s) now will not adversely affect the outcome of your protest. If your protest is ultimately approved, you will receive a refund from Customs plus approximately 5% interest, which starts to accrue from the time Customs receives your payment.

*Please forward proof of payment and/or a copy of your protest to my attention.* *If we do not receive proof of payment and/or a copy of your protest within 30 days of receipt of this letter, we will have no choice but to request termination of any Customs Bonds you have on file with our company.* We look forward to resolving this matter. Please contact me if you have any questions.

Sincerely,

**XL SPECIALTY INSURANCE COMPANY**
**Christine Bilotta**
**Claims Processor**
800/394-3909 or 847/517-2990 Ext 631
Fax 847/517-8971
E-mail: cbilotta@xlai.com

Attachment

```
ACSR-CL-612                          UNITED STATES CUSTOMS SERVICE                    FICHE INDEX: 422
                                     AUTOMATED COMMERCIAL SYSTEM                      RUN DATE: 01/01/04
                                                                                      RUN TIME: 22:47:06
                                        FORMAL DEMAND ON SURETY                       SURETY PAGE:  02064
                          FOR PAYMENT OF DELINQUENT AMOUNTS DUE
                    ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
                                            DECEMBER 2003

         SURETY                    SURETY NUMBER        DELINQUENT DEBTOR           IMPORTER NUMBER    BANKRUPT

XL SPECIALTY INSURANCE CO              422              REX WAYNE TERRY             ████8495
20 N. MARTINGALE ROAD                                   SOUTH HOUSTON     TX 77587
SUITE 200
SCHAUMBURG            IL 60173

BILL                  BILLING         DOCUMENT                       BILL                                                   AGE CATEGORY
NUMBER  BOND NUMBER   LOCATION        DATE      ENTRY NUMBER         DATE      AMOUNT DUE  PRINCIPAL AMT  INTEREST AMT     60 90 120 OVR

43815271  239601810  HIDALGO,TX       04/10/96  M2900502891          02/14/03    3205.45      3082.39       123.06                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815272  239601810  HIDALGO,TX       04/15/96  M2900503170          02/14/03    3203.96      3080.95       123.01                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815273  239601810  HIDALGO,TX       04/15/96  M2900503048          02/14/03    3206.06      3082.97       123.09                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815274  239601810  HIDALGO,TX       04/11/96  M2900502982          02/14/03    3206.75      3083.64       123.11                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815275  239601810  HIDALGO,TX       04/15/96  M2900503220          02/14/03    3203.96      3080.95       123.01                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815276  239601810  HIDALGO,TX       04/15/96  M2900503238          02/14/03    3203.96      3080.95       123.01                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815277  239601810  HIDALGO,TX       04/15/96  M2900503246          02/14/03    3203.96      3080.95       123.01                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815278  239601810  HIDALGO,TX       04/23/96  M2900539372          02/14/03    3198.35      3075.56       122.79                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815279  239601810  HIDALGO,TX       04/16/96  M2900503352          02/14/03    3203.25      3080.27       122.98                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815280  239601810  HIDALGO,TX       04/19/96  M2900503808          02/14/03    3201.15      3078.25       122.90                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815281  239601810  HIDALGO,TX       04/02/96  M2900502412          02/14/03    3213.06      3089.71       123.35                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815282  239601810  HIDALGO,TX       04/11/96  M2900502966          02/14/03    3206.75      3083.64       123.11                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815283  239601810  HIDALGO,TX       04/02/96  M2900502479          02/14/03    3213.06      3089.71       123.35                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815284  239601810  HIDALGO,TX       04/08/96  M2900502610          02/14/03    3208.85      3085.66       123.19                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815285  239601810  HIDALGO,TX       04/15/96  M2900503154          02/14/03    3203.96      3080.95       123.01                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815286  239601810  HIDALGO,TX       04/08/96  M2900502636          02/14/03    3208.85      3085.66       123.19                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815287  239601810  HIDALGO,TX       04/08/96  M2900502628          02/14/03    3208.85      3085.66       123.19                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815288  239601810  HIDALGO,TX       04/09/96  M2900502735          02/14/03    3208.16      3084.99       123.17                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815289  239601810  HIDALGO,TX       04/09/96  M2900502743          02/14/03    3208.16      3084.99       123.17                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
43815290  239601810  HIDALGO,TX       04/09/96  M2900502727          02/14/03    3208.16      3084.99       123.17                  X
  PROTEST NUMBER: 230403100159       PROTEST STATUS:   DENIED                             APPROVAL/DENIAL DATE: 08/08/03
```

ACSR-CL-612

```
                                                                        FICHE INDEX: 422
                                                                          RUN DATE: 01/01/04
                                                                          RUN TIME: 22:47:06
                              UNITED STATES CUSTOMS SERVICE               SURETY PAGE: 02065
                               AUTOMATED COMMERCIAL SYSTEM
                              FORMAL DEMAND ON SURETY
                   FOR PAYMENT OF DELINQUENT AMOUNTS DUE
         ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
                                  DECEMBER 2003

         SURETY              SURETY NUMBER    DELINQUENT DEBTOR            IMPORTER NUMBER   BANKRUPT

XL SPECIALTY INSURANCE CO          422        REX WAYNE TERRY                    8495
20 N. MARTINGALE ROAD                         SOUTH HOUSTON        TX 77587
SUITE 200
SCHAUMBURG          IL 60173

BILL         BILLING       DOCUMENT                                BILL                                                    AGE CATEGORY
NUMBER  BOND NUMBER  LOCATION    DATE   ENTRY NUMBER             DATE   AMOUNT DUE  PRINCIPAL AMT  INTEREST AMT   60 90 120 OVR

43815291  239601810 HIDALGO,TX  04/09/96 M2900502719      02/14/03     3208.16      3084.99       123.17
  PROTEST NUMBER: 2304031001059   PROTEST STATUS: DENIED            PROTEST DATE:          APPROVAL/DENIAL DATE: 08/08/03   X
43815292  239601810 HIDALGO,TX  04/02/96 M2900502461      02/14/03     3213.06      3089.71       123.35
  PROTEST NUMBER: 2304031001059   PROTEST STATUS: DENIED            PROTEST DATE:          APPROVAL/DENIAL DATE: 08/08/03   X
43815293  239601810 HIDALGO,TX  04/01/96 M2900502539      02/14/03     3285.19      3159.07       126.12
  PROTEST NUMBER: 2304031001059   PROTEST STATUS: DENIED            PROTEST DATE:          APPROVAL/DENIAL DATE: 08/08/03   X
43956927  239601810 HIDALGO,TX  04/15/96 M2900503162      10/10/03      729.55       724.77         4.78                 X
43956928  239601810 HIDALGO,TX  04/12/96 M2900503030      10/10/03      730.03       725.25         4.78                 X

                                     IMPORTER TOTALS                  75290.70     72446.63      2844.07

         NUMBER OF BILLS -    25.
```