**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**
*6026 Lakeside Boulevard, Indianapolis, Indiana 46278*

June 18, 2003

REX WAYNE TERRY
DBA SUNBELT SURPLUS VALVE
[redacted]

SOUTH HOUSTON TX 775873129

Dear Sir/Madam:

The enclosed listing of 23 delinquent bills for $72,173.27 is owed to the U.S Customs Service, now part of the Bureau of Customs and Border Protection (CBP).

If payment or justification for non-payment is not remitted within 10 working days from the date of this letter, CBP may require you to file future entry summary documentation with estimated duties attached prior to your merchandise being released (19 CFR 142.14 and 142.16). In addition, these delinquent bills could be subject to collection by set-off of any of your refunds including IRS refunds. Please send your payment with a copy of this letter to:

Bureau of Customs and Border Protection
P. O. Box 100769
Atlanta, GA 30384

The U.S. Postal Service can deliver overnight express mail to this P.O. Box. All checks must be drawn on a U.S. bank and in U.S. dollars. For further details on acceptable manners of payment, please refer to 19 CFR 24.1. Questions concerning this matter may be directed to the Collections Section at (317) 298-1200, extensions1357 or 1381.

Sincerely,

Dee Baskerville
Collections Section
National Finance Center

Enclosure

EXHIBIT
34

K

ACSR-CL-8419

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM

RUN DATE: 06/16/03
RUN TIME: 10:42:15
PAGE: 5

ALL REGIONS
HQ046A OPEN BILL IMPORTER LIST

PROTEST STATUS TYPES: (X MEANS INCLUDED)

| NO PRO/OPEN/IN | SUSP/APPRV/DENIED/PRT | DEN/WTHDRW/UNT | FL | |
|---|---|---|---|---|
| X | X | X | X | X |

CURRENT IMPORTER: 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

| BILL NUMBER | ENTRY NUMBER | IMPORTER NAME | RDP | BILLED AMOUNT |
|---|---|---|---|---|
| 43815271000 | M29005028 91 | REX WAYNE TERRY | 62305 | 3,133.47 |
| 43815272000 | M29005031 70 | REX WAYNE TERRY | 62305 | 3,132.01 |
| 43815273000 | M29005030 48 | REX WAYNE TERRY | 62305 | 3,134.06 |
| 43815274000 | M29005029 82 | REX WAYNE TERRY | 62305 | 3,134.75 |
| 43815275000 | M29005032 20 | REX WAYNE TERRY | 62305 | 3,132.01 |
| 43815276000 | M29005032 38 | REX WAYNE TERRY | 62305 | 3,132.01 |
| 43815277000 | M29005032 46 | REX WAYNE TERRY | 62305 | 3,132.01 |
| 43815278000 | M29005393 72 | REX WAYNE TERRY | 62305 | 3,126.53 |
| 43815279000 | M29005033 52 | REX WAYNE TERRY | 62305 | 3,131.32 |
| 43815280000 | M29005038 08 | REX WAYNE TERRY | 62305 | 3,129.27 |
| 43815281000 | M29005024 12 | REX WAYNE TERRY | 62305 | 3,140.92 |
| 43815282000 | M29005029 66 | REX WAYNE TERRY | 62305 | 3,134.75 |
| 43815283000 | M29005024 79 | REX WAYNE TERRY | 62305 | 3,140.92 |
| 43815284000 | M29005026 10 | REX WAYNE TERRY | 62305 | 3,136.80 |
| 43815285000 | M29005031 54 | REX WAYNE TERRY | 62305 | 3,132.01 |
| 43815286000 | M29005026 36 | REX WAYNE TERRY | 62305 | 3,136.80 |
| 43815287000 | M29005026 28 | REX WAYNE TERRY | 62305 | 3,136.80 |
| 43815288000 | M29005027 35 | REX WAYNE TERRY | 62305 | 3,136.12 |
| 43815289000 | M29005027 43 | REX WAYNE TERRY | 62305 | 3,136.12 |
| 43815290000 | M29005027 27 | REX WAYNE TERRY | 62305 | 3,136.12 |
| 43815291000 | M29005027 19 | REX WAYNE TERRY | 62305 | 3,136.12 |
| 43815292000 | M29005024 61 | REX WAYNE TERRY | 62305 | 3,140.92 |
| 43815293000 | M29005023 39 | REX WAYNE TERRY | 62305 | 3,211.43 |

BILLED TOTAL: 72,173.27