IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF SUBMISSION ON MOTION

Defendant, Parkerco, Inc., sets its Motion for Summary Judgment on Monday, December 20, 2004, for a ruling without the necessity of an oral hearing. Defendant, however, respectfully requests that the Court grant an oral hearing on this motion.

Respectfully submitted,

FULBRIGHT & JAWORSKI

By _____
Julie A. Hardin
Federal I.D. No. 26459
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246

Attorney-in-Charge for Defendant, Parkerco, Inc. d/b/a Parker & Company Worldwide

30832500.1

-1-

-2-

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

Michael C. Steindorf
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: 214/855-8000
Telecopier: 214/855-8200

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on November 26, 2004.

_____
Julie A. Hardin