IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-190 |
| PARKERCO, INC., | § § § | |
| Defendant. | § | |

## ORDER

The Court, having considered the Agreed Motion to Stay Ruling on Parker's Summary Judgment Motion, hereby grants the Motion.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Agreed Motion to Stay Ruling on Parker's Summary Judgment Motion is GRANTED.

SIGNED this _____ day of _____, 200___.

_____
Judge Presiding