IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 2 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC., | § § § | |
| VS. | § | CIVIL NO. B-03-190 |
| PARKERCO, INC. | § § | |

## ORDER

The court, having considered the Agreed Motion to Stay Ruling on Parker's Summary Judgment Motion [Docket No. 21], hereby denies the Motion. The court also denies the Motion for Summary Judgment [Docket No. 19] without prejudice to refiling same. The court does grant the parties' oral Agreed Motion to Stay the entire case.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the oral Agreed Motion to Stay the entire case is GRANTED. The parties are to notify the court every ninety (90) days regarding the status of the Customs protest.

Signed this 22nd day of December, 2004.

Andrew S. Hanen
United States District Judge