# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

Rex Terry
Sunbelt Surplus Value Inc , et al.

                         Plaintiff

v.                                   Case No.: 1:03−cv−00190
                                    Judge Andrew S. Hanen

Parker Co Inc

                         Defendant

---

## NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**     4/7/05

**TIME:**     09:00 AM

**TYPE OF PROCEEDING:**     Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 29, 2004

                                             Michael N. Milby, Clerk