**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **REX TERRY, INDIVIDUALLY** | § | |
| **and SUNBELT SURPLUS VALUE, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-03-190** |
| | § | |
| **PARKERCO, INC., d/b/a PARKER** | § | |
| **& COMPANY WORLDWIDE,** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED AMENDED SCHEDULING ORDER**

The parties hereby jointly submit this Agreed Amended Scheduling Order to be entered by the Court:

1. <u>9/14/05</u>    TRIAL.


SIGNED this the _____ day of _____, 2005.


_____
JUDGE PRESIDING

AGREED:

Donald H. Grissom
William W. Thompson, III
GRISSOM & THOMPSON
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 Fax

*Attorneys for Rex Terry, Individually
and Sunbelt Surplus Value, Inc.*

Julie M. Hardin
FULBRIGHT & JAWORSKI
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 Fax

*Attorney for ParkerCo, Inc. d/b/a
Parker & Company Worldwide*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been either hand-delivered, sent by U.S. Mail, Certified Mail, Return Receipt Requested, and/or Facsimile Transmission to the following service list on this____day of _____, 2005.


_____
William W. Thompson, III

Julie A. Hardin
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 fax