IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC. § § § Plaintiffs, § § vs. § § PARKERCO, INC., d/b/a PARKER & COMPANY WORLDWIDE, § § Defendant. § | CIVIL ACTION NO. B-03-190 |

### AGREED AMENDED SCHEDULING ORDER

The parties hereby jointly submit this Agreed Amended Scheduling Order to be entered by the Court:

1. 9/14/05    TRIAL.*

SIGNED this the 10th day of June, 2005.

_____
JUDGE PRESIDING

* Final Pretrial to be held at 1:30 on August 30, 2005. Jury selection will be on September 1, 2005 at a time to be assigned during the Final Pretrial Conference.

AGREED:

*[signature]*

Donald H. Grissom
William W. Thompson, III
GRISSOM & THOMPSON
609 West 10th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 Fax

*Attorneys for Rex Terry, Individually
and Sunbelt Surplus Value, Inc.*

*[signature]* Julie M. Hardin (BP) WWTIII

Julie M. Hardin
FULBRIGHT & JAWORSKI
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 Fax

*Attorney for ParkerCo, Inc. d/b/a
Parker & Company Worldwide*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been either hand-delivered, sent by U.S. Mail, Certified Mail, Return Receipt Requested, and/or Facsimile Transmission to the following service list on this____day of _____, 2005.

William W. Thompson, III

Julie A. Hardin
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151
(713) 651-5246 fax