IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY and<br>SUNBELT SURPLUS VALUE, INC., | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-03-190 |
| | § | |
| PARKERCO, INC., d/b/a PARKER<br>& COMPANY WORLDWIDE | §<br>§<br>§ | |

# ORDER

The Court hereby reschedules the Final Pretrial, originally scheduled for August 30, 2005, to **September 6, 2005**, at **8:30 a.m.** It is further ordered that the Jury Selection, originally scheduled for September 1, 2005, be rescheduled to **September 8, 2005**, and the time will be given at the final pretrial conference.

Signed this 20th day of June, 2005.

Andrew S. Hanen
United States District Judge