UNITED STATES DISTRICT COURT
For the Southern District of Texas

Rex Terry, et al.

              Plaintiff

v.                                                       Case No.: 1:03−cv−00190
                                                        Judge Andrew S. Hanen

Parker Co Inc

              Defendant

**NOTICE OF SETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Chambers
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**     8/26/05

**TIME:**     02:30 PM

**TYPE OF PROCEEDING:**     Telephone Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   August 25, 2005

                                                                                       Michael N. Milby, Clerk