# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **REX TERRY, INDIVIDUALLY** and **SUNBELT SURPLUS VALUE, INC.** Plaintiff, | § § § § | |
| v. | § § | Civil No. B-03-190 |
| **PARKERCO, INC., d/b/a PARKER & COMPANY WORLDWIDE,** Defendant. | § § § § § | |

## ORDER

The parties jointly requested a continuance pending the final resolution of their administrative case. The motion is hereby **GRANTED**. The final pretrial is reset for January 31, 2006, at 1:30 p.m. The jury selection is reset for February 2, 2006, at 9:00 a.m. The parties are to inform the court when the administrative case has been resolved.

Signed this 26th day of August, 2005.

_____
Andrew S. Hanen
United States District Judge