# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

United States District Court
Southern District of Texas
FILED

JAN 1 1 2006

Michael N. Milby
Clerk of Court

JHARDIN@FULBRIGHT.COM
DIRECT DIAL: (713) 651-5137

TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

January 10, 2006

Hon. Andrew S. Hanen                                                *Via Federal Express*
United States District Judge
Third Floor, Courtroom No. 6
United States Courthouse
600 East Harrison – No. 301
Brownsville, Texas 78520

Re:   C.A. No. B-03-190; *Rex Terry, Individually and Sunbelt Surplus Value, Inc. v. Parkerco, Inc, d/b/a Parker & Company Worldwide*

Dear Judge Hanen:

The trial of this case is currently scheduled for February 2, 2006 with a Final Pretrial on January 31, 2006. This court previously continued this case because there was an administrative case filed by Mr. Terry's bonding company pending with U.S. Customs. According to the bonding company's attorney, the controlling issues were before the Federal Circuit Court in a similar case, *International Trading Co. v. United States,* 412 F.3d 1303 (Fed. Cir. 2005).

Although a rescission has yet to take place, the bonding company anticipates that as a result of the Federal Circuit's decision, U.S. Customs will rescind the assessments against Mr. Terry. The parties therefore jointly request that the present case be continued pending final resolution of that administrative case, which we assume will occur in the near future. We are available for a conference call with the Court if required.

Very truly yours,

Julie A. Hardin

31058312.1

Page 2

Cc:   Donald H. Grissom
      Grissom & Thompson
      609 West Tenth Street
      Austin TX 78701

      **(Via Certified Mail – Return Receipt Requested)**

31058312.1