# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **REX TERRY, INDIVIDUALLY** | § | |
| **and SUNBELT SURPLUS VALUE, INC.** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. B-03-190** |
| | § | |
| **PARKERCO, INC., d/b/a PARKER** | § | |
| **& COMPANY WORLDWIDE,** | § | |
|     **Defendant.** | § | |
| | § | |

## ORDER

The parties jointly requested another continuance pending the final resolution of their administrative case. The motion is hereby **GRANTED**. The final pretrial is reset for May 30, 2006, at 1:30 p.m. The jury selection is reset for June 1, 2006, at 9:00 a.m. The parties are to inform the court when the administrative case has been resolved.

Signed this 18th day of January, 2006.

 

Andrew S. Hanen
United States District Judge