United States District Court
Southern District of Texas
FILED

MAY - 3 2006

Michael N. Milby, Clerk of Court

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

JHARDIN@FULBRIGHT.COM  
DIRECT DIAL: (713) 651-5137

TELEPHONE: (713) 651-5151  
FACSIMILE: (713) 651-5246

May 2, 2006

Hon. Andrew S. Hanen  
United States District Judge  
Third Floor, Courtroom No. 6  
United States Courthouse  
600 East Harrison – No. 301  
Brownsville, Texas 78520

*Via Federal Express*

Re: C.A. No. B-03-190; *Rex Terry, Individually and Sunbelt Surplus Value, Inc. v. Parkerco, Inc. d/b/a Parker & Company Worldwide*

Dear Judge Hanen:

The trial of this case is currently scheduled for June 1, 2006 with a Final Pretrial on May 30, 2006. This court previously continued this case because there was an administrative case filed by Plaintiff Mr. Terry's bonding company pending with U.S. Customs. According to the bonding company's attorney, the controlling issues were before the Federal Circuit Court in a similar case, *International Trading Co. v. United States,* 412 F.3d 1303 (Fed. Cir. 2005).

Although a rescission has yet to take place, the bonding company anticipates that as a result of the Federal Circuit's decision, U.S. Customs will rescind the assessments against Mr. Terry. Unfortunately a decision by Customs has yet to take place. The parties therefore jointly request that the present case be continued pending final resolution of that administrative case, which we assume will occur in the near future.

As Counsel for Defendant Parkerco, I also ask for a continuance based on my impending maternity leave, which is scheduled to begin no later than May 5, 2006.

The parties are available for a conference call with the Court if required.

31119399.1

AUSTIN • DALLAS • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS • MUNICH • NEW YORK • SAN ANTONIO • WASHINGTON DC

Page 2

Very truly yours,

*Julie A. Hardin*

Cc: Donald H. Grissom
Grissom & Thompson
609 West Tenth Street
Austin TX 78701

**(Via Certified Mail – Return Receipt Requested)**

31119399.1