Case 1:03-cv-00193 Document 82-2 Filed in TXSD on 05/03/2006 Page 1 of 1

From: Origin ID: (713)651-3733
Ellen Czigan
Fulbright and Jaworski L L P
1301 McKinney Suite 5100
Fulbright Tower
Houston, TX 77010




Ship Date: 02MAY06
ActWgt: 1 LB
System#: 5366701/INET2400
Account#: S *********

REF: 10313341



Delivery Address Bar Code

SHIP TO: (956)548-2500  BILL SENDER
**Andrew Hanen
U.S. District Court
600 East Harrison, No. 301
U.S. Courthouse
Brownsville, TX 78520**



**STANDARD OVERNIGHT**          **WED**
                                Deliver By:
TRK# **7919 3061 8249**  FORM   03MAY06
                         0201
                                HRL   A2

**78520**  -TX-US

**XH HRLA**



---

**Shipping Label: Your shipment is complete**
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.