## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY | § | |
| and SUNBELT SURPLUS VALUE, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. B-03-190 |
| | § | |
| PARKERCO, INC., d/b/a PARKER | § | |
| & COMPANY WORLDWIDE, | § | |
|     Defendant. | § | |
| | § | |

## ORDER

The parties jointly requested a continuance pending the final resolution of their administrative case.  The motion is hereby **GRANTED**.  The final pretrial conference is reset for August 10, 2006, at 1:30 p.m.  The jury selection is reset for August 11, 2006, at 9:00 a.m.  The parties are to inform the court when the administrative case has been resolved.

Signed this 3rd day of May, 2006.


_____

Andrew S. Hanen
United States District Judge