UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*
*AUG 0 3 2006*
*Michael N. Milby*
*Clerk of Court*

| | |
|---|---|
| REX TERRY, INDIVIDUALLY and SUNBELT SURPLUS VALUE, INC.<br><br>VS<br><br>PARKERCO, INC., d/b/a PARKER & COMPANY WORLDWIDE | Civil No. B-03-190<br><br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

It is STIPULATED and AGREED between Plaintiffs Rex Terry, Individually and Sunbelt Surplus Value, Inc. ("Plaintiffs") and Defendant Parkerco, Inc., d/b/a Parker & Company Worldwide ("Parker") that, pursuant to FED. R. CIV. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraphs.

It is STIPULATED and AGREED that should Plaintiffs re-file their claims against Parker, they will so do within 90 days after receiving notice that the United States Customs office has ruled on the protest filed on Plaintiffs' behalf by XL Specialty Insurance Company. Plaintiffs are obligated to exercise good faith in investigating the status of Custom's ruling.

It is further STIPULATED and AGREED that should plaintiffs re-file their claims against Parker, they will so do only in the United States District Court for the Southern District of Texas, Brownsville Division.

31115688.2

| | |
|---|---|
| Grissom & Thompson<br>Attorneys for Plaintiffs<br>Rex Terry, Individually and<br>Sunbelt Surplus Value, Inc.<br><br>By: _____<br>Donald H. Grissom<br>Dated: August ___, 2006 | Fulbright & Jaworski, L.L.P.<br>Attorneys for Defendant<br>Parkerco, Inc., d/b/a Parker & Company<br>Worldwide<br><br>By: _____<br>Julie Hardin<br>Dated: August ___, 2006 |