# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX TERRY, INDIVIDUALLY<br>and SUNBELT SURPLUS VALUE, INC.<br>    Plaintiff,<br><br>v.<br><br>PARKERCO, INC., d/b/a PARKER<br>& COMPANY WORLDWIDE,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. B-03-190 |

## ORDER

Pursuant to the parties' Stipulation of Dismissal Without Prejudice of August 3, 2006 [Docket No. 34], the above referenced case is hereby **DISMISSED without prejudice**.

Signed this 4th day of August, 2006.

_____
Andrew S. Hanen
United States District Judge